UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KALEED COLE,

Plaintiff,

- against -

SUFFOLK RESTORATIVE THERAPY & NURSING, LLC dba MOMENTUM AT SOUTH BAY FOR REHABILITATION AND NURSING, PARAGON MANAGEMENT SNF, LLC, ARJUNE BHAIROO, JOSEPH APLUSTILLE, AND JAYNE M. EURELL,

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 25-CV-1050 (CS)

Seibel, J.

For the reasons set forth on the record at the September 18, 2026 conference, Defendants' motion to dismiss is GRANTED in part and DENIED in part. Any Second Amended Complaint must be filed no later than October 9, 2026. The Clerk of Court is respectfully directed to terminate the pending motion, (ECF No. 22).

**SO ORDERED.**

Dated: September 18, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.